704

for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General McGrath* for petitioners. *P. A. Lasley, A. J. G. Priest* and *Sidman I. Barber* for respondent.

No. 504. MARR, DOING BUSINESS AS MARR DUPLICATOR Co., *v.* A. B. DICK Co. See *ante,* p. 680.

No. 442. UNITED STATES *v.* ELCHIBEGOFF. November 12, 1946. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General McGrath* for the United States. *Joseph Forer* for respondent.

No. 562. RUTHERFORD FOOD CORP. ET AL. *v.* WALLING, WAGE & HOUR ADMINISTRATOR. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *E. R. Morrison* for petitioners. *Solicitor General McGrath, William S. Tyson* and *Morton Liftin* for respondent.

No. 564. WALLING, WAGE & HOUR ADMINISTRATOR, *v.* GENERAL INDUSTRIES Co. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General McGrath* and *William S. Tyson* for petitioner. *Carl F. Shuler* for respondent.

No. 625. CALDAROLA *v.* ECKERT ET AL., DOING BUSINESS AS THOR ECKERT & Co. November 12, 1946. Petition